**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:17-cr-8 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| ERIC L. MCREYNOLDS | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

---

**ORDER**

---

On May 11, 2017, United States Magistrate Judge Christopher H. Steger filed a Report

and Recommendation recommending: (a) the Court accept Defendant's plea of guilty to Count

One of the Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Count

One of the Indictment; and (c) Defendant remain in custody pending sentencing in this matter.

(Doc. 20.)   Neither party filed an objection within the allotted fourteen-day period.   After

reviewing the record, the Court agrees with Judge Steger's Report and Recommendation.

Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation pursuant to

28 U.S.C. § 636(b)(1).   It is, therefore, **ORDERED**

1. Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the
   Indictment; and

3. Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **August 11, 2017,
   at 2:00 p.m.**

   **ENTER.**

   /s/*Travis R. McDonough*
   **TRAVIS R. MCDONOUGH**
   **UNITED STATES DISTRICT JUDGE**